**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

JUSTIN ANDREW VANNATTER,

Plaintiff,

v. CIVIL ACTION NO. 2:24-cv-00399

SOUTH CENTRAL REGIONAL JAIL,

Defendant.

**ORDER**

Pending before the court is Petitioner Justin Andrew Vannatter's ("Petitioner") *pro se* federal habeas petition pursuant to 28 U.S.C. § 2254. (ECF No. 2.) By standing order entered on August 5, 2024, (ECF No. 4), this action was referred to United States Magistrate Judge Cheryl A. Eifert for submission of proposed findings and a recommendation for disposition ("PF&R). This action was later referred to Magistrate Judge Joseph K. Reeder. (ECF No. 7.) Magistrate Judge Reeder entered his PF&R on April 22, 2026, recommending this Court dismiss this action for failure to prosecute or comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 11.)

This Court is not required to review, de novo or under any other standard, factual or legal conclusions contained within the PF&R to which no objections were addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and Plaintiff's right to appeal this Court's order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v Schronce*, 727 F.2d 91, 94 (4th Cir.

1984). In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R in this case were due on May 11, 2026. To date, no objections have been filed. Accordingly, this Court **ADOPTS** the **PF&R**, (ECF No. 11), and **DISMISSES** the Petition, (ECF No. 2), without prejudice. The Court **DIRECTS** the Clerk to remove this case from the Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 19, 2026



THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE